# EXHIBIT B

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:20-cv-20078-RNS**

MARIA DOLORES CANTO MARTI, as personal representative of the Estates of Dolores Marti Mercade and Fernando Canto Bory,

    Plaintiff,

v.

IBEROSTAR HOTELES Y APARTAMENTOS, S.L., a Spanish limited liability company,

    Defendant.

_____/

## **DECLARATION OF HERMENEGILDO ALTOZANO**

I, Hermenegildo Altozano, declare:

1. I am over the age of eighteen, competent to testify and have personal knowledge of all the facts stated in this affidavit.

2. I am a Partner in the Madrid office of the law firm Bird & Bird, and admitted to the practice of law in Spain.

3. On April 15, 2020, I filed an Application for Authorisation under Article 5 paragraph 2 of Council Regulation (EC) No 2271/96 of 22 November 1996 *protecting against the effects of the extra-territorial application of legislation adopted by a third country, and actions based thereon or resulting therefrom*, on behalf of the Spanish company Iberostar Hoteles y Apartamentos S.L.U. ("Iberostar").

2

4. That application seeks authorization from the European Commission for Iberostar to defend its interests before this Court and particularly to address the request made by this Court in the Summons in a civil action in relation to the complaint filed against Iberostar in this Court by María Dolores Cantó Martí pursuant to Title III of the Cuban Liberty Democratic and Solidarity Act of 1996.

5. I estimate the Commission's processing of the application will be completed within ten weeks. The application was submitted on an expedited basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of April, 2020, in Madrid, Spain.

By: _____
Hermenegildo Altozano