# EXHIBIT 1

# Leon N. Patricios

| | |
|---|---|
| **From:** | Adolfo.Jimenez@hklaw.com |
| **Sent:** | Monday, June 29, 2020 1:36 PM |
| **To:** | Leon N. Patricios; Joseph Zumpano |
| **Cc:** | Katharine.Menendez@hklaw.com; Danit Darmon |
| **Subject:** | RE: Canto Marti v. Iberostar Hoteles y Apartamentos S.L. |

Leon:

I am writing regarding your June 23rd email. As we have previously advised the Court in the Motion to Stay Proceedings, the European Commission requires Iberostar to obtain authorization before it can file a response to a lawsuit brought under the Helms-Burton Act. This requirement arises from the EU blocking statute (Regulation 2271/1996) enacted to counteract the effects of the Helm-Burton Act, expressly prohibiting a Spanish entity such as Iberostar from complying "whether directly or through a subsidiary or other intermediary person, actively or by deliberate omission, with any requirement or prohibition, including requests of foreign courts, based on or resulting, directly or indirectly, from the laws specified in the Annex [which expressly includes the Act] or from actions based thereon or resulting therefrom." Because the application is pending, we should avoid disclosing communications with the European Commission and Spanish authorities which may have an adverse effect on the application.

Consequently Iberostar, absent the express authorization from the European Commission, is unable to carry out any action that may result into a breach of the provisions of the EU blocking statute.

Best regards,

**Adolfo Jimenez | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7720 | Fax 305.789.7799
adolfo.jimenez@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Leon N. Patricios <lpatricios@zplaw.com>
**Sent:** Tuesday, June 23, 2020 10:49 AM
**To:** Jimenez, Adolfo E (MIA - X27720) <Adolfo.Jimenez@hklaw.com>; Joseph Zumpano <jzumpano@zplaw.com>
**Cc:** Menendez de la Cuesta, Katharine (MIA - X27493) <Katharine.Menendez@hklaw.com>; Danit Darmon <ddarmon@zplaw.com>
**Subject:** RE: Canto Marti v. Iberostar Hoteles y Apartamentos S.L.

*[External email]*
Adolfo

In our review of the court filings, we have not seen the actual application made by your client to the European Commission or any communications from such Commission. Can you all provide us copies of the below:

1. Iberostar's application to the European Commission filed on April 15, 2020 pursuant to Article 5 paragraph 2 of Council Regulation (EC) No 2271/96 of 22 November 1996 (the "Application");

1

2. Iberostar's request for the expedited consideration of its Application to the European Commission;
3. Any correspondence between Iberostar and the European Commission (or its related committees) regarding Iberostar's Application, including any additional requests from the European Commission;
4. Iberostar's request to "the Secretariat of State for Commerce of the Kingdom of Spain to bring to the attention of the European Commission the need to timely address the request for authorization filed by Iberostar" as stated in its Motion to Stay Proceedings, D.E. 16 at para. 5.

Thank you


**Leon N. Patricios**
Shareholder



**ZUMPANO PATRICIOS**
312 Minorca Avenue | Coral Gables, FL 33134
Ph: (305) 444-5565 | Fax: (305) 444-8588
www.zplaw.com

**PRIVILEGED MATERIAL**
Attorney Client/Work Product: The information contained in this message and any attachments is intended only for the use of the individual or entity to which it is addressed, and such information is privileged and confidential. If you are not the intended recipient, do not distribute, copy, or use the information contained herein. Instead, please notify us at (305) 444-5565 and immediately delete the message.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code, or (2) promoting, marketing, or recommending to another party any matters addressed herein.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.