UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:20-cv-20078-RNS**

MARIA DOLORES CANTO MARTI, as
personal representative of the Estates of
Dolores Marti Mercade and Fernando Canto
Bory,

 Plaintiff,

v.

IBEROSTAR HOTELES Y
APARTAMENTOS, S.L., a Spanish limited
liability company,

 Defendant.

_____/

**DEFENDANT'S STATUS REPORT**

 Defendant IBEROSTAR HOTELES Y APARTAMENTOS, S.L.U. ("Iberostar") submits[1] this status report pursuant to this Court's Order Granting Defendant's Motion to Stay Proceedings dated April 24, 2020 (D.E. 17), directing Defendant to submit status reports every 30 days on its request for authorization to the European Union Commission. Defendant states as follows:

 1. Since the last update filed on July 23, 2020, Iberostar continues to await a decision on its application for authorization to the European Commission to respond to the Complaint in this action which was filed with the European Commission on April 15, 2020 (the "Application"). Defendant's Motion to Stay, ¶ 2. (D.E. 16).

---

[1] Iberostar reserves all its rights and will move to dismiss based on its Rule 12 defenses when it receives authorization to do so from the European Commission.

2. The European Commission acknowledged receipt of Defendant's Application on May 19, 2020.

3. On June 15, 2020, Iberostar requested the European Commission to provide an update on the status of the Application.

4. On June 22, 2020, the European Commission confirmed that it is "currently assessing [Defendant's] application," and that the Commission does "[its] utmost to ensure that a decision is taken in due course."

5. As reported in Defendant's Response to Plaintiff's Motion to Lift Stay (D.E. 22), on August 10, 2020, the European Commission informed Iberostar regarding the procedures involved in the consideration of the pending Application. They explained that it requires "extensive consultation of both the Commission's services and Member States' authorities."

6. Defendant will keep this Court duly updated of any developments on the request for authorization from the European Commission.

Filed this 24th of August, 2020.

Respectfully Submitted,

*Counsel for Iberostar*

HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
Email: adolfo.jimenez@hklaw.com
Email: katharine.menendez@hklaw.com

By: /s/Adolfo E. Jiménez
Adolfo E. Jiménez
Fla. Bar No. 869295

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2020, a true and correct copy of DEFENDANT'S STATUS REPORT was filed with the Clerk of Court using the CM/ECF system which will send a notification of the filing to all counsel and parties of record.

/s/ Adolfo E. Jiménez
Adolfo E. Jiménez

#77932212_v1